UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>TRAM CHIM'S CORP,<br><br>            Defendant. | Case No. 21-cv-01821-WHO<br><br>**ORDER TO SHOW CAUSE** |

Default was entered in this case on May 13, 2021. Nothing has occurred in this case since that date.

Plaintiff is ORDERED TO SHOW CAUSE by October 1, 2021 why this case should not be dismissed for failure to prosecute. Plaintiff may extinguish this Order to Show Cause by either filing a motion for entry of default judgment on or before October 1, 2021, or by filing an explanation with the Court justifying plaintiff's failure to pursue this case since May 13, 2021.

Failure to respond by October 1, 2021 will result in this case being dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 15, 2021

William H. Orrick
United States District Judge